# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0561. ROY BOONE BRIGHT v. THE STATE.**

Roy Boone Bright was charged with burglary and theft. Bright represented himself at trial after which a jury found him guilty. In October 2017, the trial court granted Bright a new trial. Thereafter, Bright filed a motion for speedy trial, which the trial court denied as untimely. Bright filed an application for discretionary appeal from this ruling, which this Court granted on April 12, 2018. See Case Number A18D0394. The order directed Bright to file a notice of appeal within 10 days of the date of the order. See OCGA § 5-6-35 (j). Bright filed his notice of appeal on April 24, 2018, twelve days after the entry of the order. The State has filed a motion to dismiss the appeal as untimely.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because Bright failed to file a notice of appeal within 10 days of the order granting the discretionary application, the notice of appeal is untimely. Accordingly, the State's motion to dismiss is hereby GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/12/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*